**Chris Lotta, Plaintiff-Appellee, v. Alex Noble, Defendant-Appellant.**

**Gen. No. 11,359.** 

Second District, Second Division.

March 31, 1960.

Released for publication April 18, 1960.

Mathew P. Cicero, for defendant-appellant; Foltz, Haye, and Keegan (Frederick H. Haye, of counsel) for plaintiff-appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.